STATE EX REL. STEVENS and another, Petitioners, **vs.** GRIMM, Circuit Judge, and another, Respondents.

*March 11—April 5, 1927.*

Companion case to *State ex rel. Stevens v. Grimm, ante,* p. 601.

THIS IS AN ORIGINAL PROCEEDING, begun by petition in this court, praying that a writ of prohibition issue restraining the circuit court for Jefferson county from any further proceedings in an action wherein *Dan Patterson* is plaintiff and *R. B. Stevens* and *Stanley R. Stevens* are defendants.

For the petitioners there was a brief by *Richmond, Jackman, Wilkie & Toebaas* of Madison, and oral argument by *Harold M. Wilkie.*

For the respondents there was a brief by *Kading & Kading,* and oral argument by *Harold M. Dakin,* all of Watertown.

ROSENBERRY, J. This is a companion case to *State ex rel. Stevens et al.,* Petitioners, *v. George Grimm,* Circuit Judge

for Jefferson County, and *Mary Steffen,* Respondents, decided herewith (*ante,* p. 601, 213 N. W. 475). The facts in this case differ slightly from those in the *Steffen Case,* but are substantially the same, and for the reasons there stated the circuit court for Jefferson county obtained no jurisdiction over *R. B. Stevens* and *Stanley R. Stevens;* and for the reasons there stated the writ of prohibition should issue.

*By the Court.*—Let the writ issue as prayed for.